AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN OPEN COURT
SEP - 4 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:24-cr-173-PTG |
| Carl Heinz Pierre | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: September 4, 2024

_____
Defendant's signature

_____
Signature of defendant's attorney

Valencia Roberts
Printed name of defendant's attorney

/s/
_____
Patricia Tolliver Giles
United States District Judge
Judge's signature

The Hon. Patricia T. Giles, U.S. District Judge
Judge's printed name and title