# UNITED STATES DISTRICT COURT
**Plea Minutes**

Date: **09/04/2024**                                                        Case #: **1:24cr173**
Time: 11:00 a.m. – 11:45 a.m.                               Interpreter/Lang: None/N/A
(00:45)

Honorable **PATRICIA TOLLIVER GILES**, United States District Judge, Presiding

| Paulina Miller | S. Wallace |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
                    v.                            Deft appeared: [ **X** ] in person                    [   ] failed to appear
                                                                    [ **X** ] with Counsel              [   ] without Counsel
**CARL HEINZ PIERRE**                          [   ] through Counsel

**Valencia Roberts**                                          **Christopher J. Hood, Kristin Starr**
**Counsel for Defendant**                                  **Counsel for Government**

**Matter called for:**
[ **X** ] Pre-Indictment Plea                    [   ] Change of Plea                [   ] Plea Agreement

**Filed in open court:**
[ **X** ] Information        [ **X** ] Plea Agreement  [ **X** ] Statement of Facts        [ **X** ] Waiver of Indictment

**Plea:**
[ **X** ] Deft entered a Plea of Guilty as to Count 1 of the   [   ] Indictment   [ **X** ] Information

[ **X** ]  Plea accepted by the Court.

[ **X** ] Due Process Protections Act Order entered in open court

[ **X** ] Deft directed to USPO for PSI   [ **X** ] Yes        [   ] No

[ **X** ] Case continued to: **THURSDAY, FEBRUARY 20, 2025** at **9:00 A.M.** for:

        [   ] Jury Trial      [   ] Bench Trial      [   ] Pre-Guidelines Sentencing      [ **X** ] Guidelines Sentencing

[   ] Deft remanded   [ **X** ] Deft Released on Bond  [   ] Deft Continued on same bond conditions
                                w/Conditions