**Criminal Case Cover Sheet**     FILED: REDACTED     **U.S. District Court**

**Place of Offense:** ☐ Under Seal    Judge Assigned: Hon. Giles

- City: Alexandria
- Superseding Indictment:    Criminal No.: 1:24-CR-173
- County:    Same Defendant:    New Defendant: X
- Magistrate Judge Case No.:    Arraignment Date:
- Search Warrant Case No.:    R. 20/R. 40 From:

**Defendant Information:**

- Defendant Name: Carl Heinz Pierre
- Alias(es):
- ☐ Juvenile   FBI No.:
- Address: Alexandria, VA
- Employment:
- Birth Date: xx/xx/1988
- SSN: xxx-xx-5104
- Sex: Male
- Race:
- Nationality: US
- Place of Birth:
- Height: 5'10"
- Weight: 210
- Hair: Brown
- Eyes: Brown
- Scars/Tattoos:
- ☐ Interpreter   Language/Dialect:
- Auto Description:

**Location/Status:**

- Arrest Date:
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**

- Name: Valencia Roberts
- ☐ Court Appointed
- Counsel Conflicts:
- Address: 1650 King Street, Suite 500, Alexandria, VA 22314
- ☐ Retained
- Phone: (703) 600-0870
- ☒ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- AUSA(s): Christopher J. Hood
- Phone: (703) 299-3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Bridgit DePietto, FBI Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1349 and 1344 | Conspiracy to Commit Bank Fraud | 1 | Felony |
| Set 2: | | | | |

Date: 07/26/2024    AUSA Signature: CJH    *may be continued on reverse*